IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
) CASE NO. CR505-009
v. )
)
CECIL HARVEY, SABRINA O'STEEN, )
ANTHONY CROSBY, a/k/a "Rooster", )
and CRYSTAL GIDDENS )

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties, except for Cecil Harvey's Motion for a New Attorney.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 21 day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)